UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20123

ELENA MARTIN,

    Plaintiff,

v.

JEFFREY J. HERNANDEZ,
and his wife
IBIS C. LAZO

    Defendants,

_____/

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff hereby discloses pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   - ELENA MARTIN, Plaintiff
   - Zandro E. Palma, Esq., Counsel for The Plaintiff
   - JEFFREY J. HERNANDEZ, Defendant
   - IBIS C. LAZO, Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      **None.**

The undersigned hereby certifies that, except as disclosed above, Plaintiff is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict. The undersigned further certifies that Plaintiff has inserted "None" if there is no actual or potential conflict of interest.

Dated:   January 22, 2024

                              Respectfully submitted,

                              **ZANDRO E. PALMA, P.A.**
                              **Attorney for Plaintiff**
                              9100 S. Dadeland Blvd. Suite 1500
                              Miami, FL 33156
                              Telephone: (305) 446-1500
                              Facsimile: (305) 446-1502
                              zep@thepalmalawgroup.com
                              BY:  **s/Zandro E. Palma**

                              Zandro E. Palma Esq.
                              Florida Bar No.: 0024031

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      BY: **/s/ Zandro E. Palma**
      Zandro E. Palma Esq.
      Florida Bar No.: 0024031